```
                         United States Bankruptcy Court
                              District of Arizona
In re:                                                      Case No. 16-08178-BMW
MICHAEL ALAN GIBBS                                          Chapter 13
           Debtor              CERTIFICATE OF NOTICE

District/off: 0970-4          User: estrellam              Page 1 of 2            Date Rcvd: Feb 21, 2018
                              Form ID: pdf001              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
db             +MICHAEL ALAN GIBBS,    8320 N WIND SWEPT LANE,     TUCSON, AZ 85743-5270
aty            +CONN'S,    C/O CAVID N. INGRASSIA, P.C.,    3961 E CHANDLER BOULEVARD, SUITE 111-119,
                 PHOENIX, AZ 85048-0303
cr             +Huges Federal Credit Union,    c/o DeConcini McDonald Yetwin & Lacy, PC,
                 2525 E. Broadway Blvd.,    Ste. 200,    Tucson, AZ 85716,    UNITED STATES 85716-5350
14158756       +American Express,    Box 0001,    Los Angeles CA 90096-0001
14158759       +Barclays Bank Delaware,    Po Box 8801,    Wilmington DE 19899-8801
14333969      +++CACH, LLC,    PO BOX 10587,    GREENVILLE SC 29603-0587
14558663       +CONN APPLIANCES, INC.,    C/O BECKET AND LEE LLP,    PO BOX 3002,    DEPT CONNS,
                 MALVERN PA 19355-0702
14158761       +Capital One,    Po Box 30285,    Salt Lake City UT 84130-0285
14176604        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
14158762       +Commenity- The Buckle,    PO BOX 659704,    San Antonio TX 78265-9704
14158764       +Evine,    6740 Shady Oak Road,    Eden Prairie MN 55344-3433
14431209       +Hughes Federal Credit Union,     c/o Jody A. Corrales,    DeConcini McDonald Yetwin & Lacy, PC,
                 2525 E. Broadway, Ste. 200,     Tucson, AZ 85716-5300
14158768       +Karp & Weiss, P.C.,    3060 N Swan Road,    Tucson AZ 85712-1225
14158771       +Paypal Credit,    PO BOX 105658,    Atlanta GA 30348-5658
14158773       +Renttrack,    13911 Ridgedale Dr,    Minnetonka MN 55305-1761
14158778       +Tucson Endurance Performance Center,     6448 N. Oracle,    Tucson AZ 85704-5620
14158779       +Universityof Arizona Medical Center,     1501 N. Campbell Ave.,    Tucson AZ 85724-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2018 01:02:44      CACH LLC,
                 PO Box 5980,    Denver, CO 80217-5980
cr             +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2018 00:50:36      Midland Credit Management, Inc.,
                 Po Box 2011,    Warren, MI 48090-2011
14334004       +E-mail/Text: g20956@att.com Feb 22 2018 00:51:41      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14158757       +E-mail/Text: bankruptcynotices@azdor.gov Feb 22 2018 00:49:22      Arizona Department of Revenue,
                 PO Box 29070,    Phoenix AZ 85038-9070
14158758       +E-mail/Text: bk@avant.com Feb 22 2018 00:51:43      Avant,    222 N. LaSalle St., Suite 1700,
                 Chicago IL 60601-1101
14242058       +E-mail/Text: bankruptcy@cavps.com Feb 22 2018 00:51:14      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14334344       +E-mail/Text: bncmail@w-legal.com Feb 22 2018 00:50:58      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14184757       +E-mail/Text: bncconnsnotices@becket-lee.com Feb 22 2018 00:52:08
                 Conn Appliances, Inc. as Attorney-in-Fact and Serv,     P.O. Box 2358,   Beaumont, TX 77704-2358
14158763       +E-mail/Text: bncconnsnotices@becket-lee.com Feb 22 2018 00:52:09      Conns,    Po Box 2358,
                 Beaumont TX 77704-2358
14158765       +E-mail/Text: bk@hughesfcu.org Feb 22 2018 00:51:26      Hughes Federal Cr Un,    951 E Hermans Rd,
                 Tucson AZ 85756-9000
14161991        E-mail/Text: bk@hughesfcu.org Feb 22 2018 00:51:26      Hughes Federal Credit Union,
                 PO BOX 11900,    Tucson, AZ 85734-1900
14158766        E-mail/Text: cio.bncmail@irs.gov Feb 22 2018 00:49:59      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,   Philadelphia PA 19101-7346
14158767       +E-mail/Text: Bankruptcy@jmlaw.com Feb 22 2018 00:52:15      Johnson Mark, LLC,
                 1601 N. 7th Street, Suite 250,    c/o Barclays Bank,    Phoenix AZ 85006-2360
14281057       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2018 00:50:36      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14158769       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2018 00:50:36      Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego CA 92108-2709
14158770       +E-mail/PDF: pa_dc_claims@navient.com Feb 22 2018 00:57:17      Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr PA 18773-9500
14188969        E-mail/PDF: pa_dc_litigation@navient.com Feb 22 2018 00:56:51
                 Navient Solutions, Inc. on behalf of   United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,   Wilkes Barre, PA 18773-9430
14158772        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2018 00:57:24
                 Portfolio Recovery,    Po Box 41067,    Norfolk VA 23541
14332852        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2018 01:02:44
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14158774       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2018 00:56:55
                 Square One Financial/Cach Llc,    4340 S Monaco St,   2nd Floor,    Denver CO 80237-3485
14158775       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 00:57:07      Synchrony Bank,    Po Box 965064,
                 Orlando FL 32896-5064
14158776       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 00:57:06      Synchrony Bank/Sams,
                 Po Box 965064,    Orlando FL 32896-5064
14158777       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 00:56:41      TJX Rewards,    PO Box 530948,
                 Atlanta GA 30353-0948
                                                                                              TOTAL: 23
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****

                    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Grasky Endurance Coaching LLC
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*             +CONN APPLIANCES, INC.,   C/O BECKET AND LEE LLP,    PO BOX 3002,    DEPT CONNS,
                  MALVERN, PA 19355-0702
14158760        ##+Best Buy Credit Services,   Po Box 688910,    Des Moines IA 50368-8910
                                                                                        TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:

```
              DANIEL J. QUIGLEY    on behalf of Plaintiff    Grasky Endurance Coaching LLC dquigley@rllaz.com,
               AWrzeszcz@rllaz.com
              DANIEL J. QUIGLEY    on behalf of Creditor    Grasky Endurance Coaching LLC dquigley@rllaz.com,
               AWrzeszcz@rllaz.com
              DAVID N INGRASSIA    on behalf of Attorney    CONN'S david.ingrassia@cox.net
              DIANNE C. KERNS    mail@dcktrustee.com,    ecf@dcktrustee.com,dckerns@dcktrustee.com
              JODY A. CORRALES    on behalf of Creditor    Huges Federal Credit Union jcorrales@dmyl.com,
               cpalma@dmyl.com
              MATTHEW THOMAS FOLEY    on behalf of Debtor MICHAEL ALAN GIBBS Matt@FoleyPLC.com,
               halee@foleyplc.com,jennifer@foleyplc.com,alysha@foleyplc.com,maureen@foleyplc.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                              TOTAL: 7
```

Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| MICHAEL ALAN GIBBS | ) | CASE NO.: 16-bk-08178-BMW |
| | ) | |
| | ) | **TRUSTEE'S MOTION TO DISMISS** |
| | ) | **FOR DELINQUENT PLAN** |
| | ) | **PAYMENTS** |
| DEBTOR | | and |
| | | **NOTICE OF INTENT TO LODGE** |
| | | **ORDER DISMISSING CASE** |
| | | <u>**WITHOUT A HEARING;**</u> |

<u>**YOUR RIGHTS MAY BE AFFECTED. PLEASE READ THIS MOTION / NOTICE CAREFULLY AND DISCUSS WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**</u>

<u>**THIS MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING**</u>

Dianne C. Kerns, Trustee in the above-captioned estate, hereby moves the Court for an order dismissing the above-captioned case on the grounds that the Debtor is delinquent in one or more plan payments (1). **The amount of the current plan payment delinquency is: $700.00**. The Trustee hereby gives notice of her intent to lodge an order dismissing this case, **without further notice of hearing,** unless the Debtor completes one of the following **within 30 days of the mailing of this motion:**

(a) Makes payment to the Trustee of the full amount stated as delinquent PLUS any additional amounts that subsequently come due. (2)

(b) Files and serves a notice of conversion to Chapter 7; or

(c) Files and serves an amended/modified plan using Local Plan form 2084-4 and obtain an order approving the amended/modified plan, following an oppotunity to object by any creditors and evaluation by the Trustee. LRBP Rules 2084-4, 2084-9, and 2084-10.

If the Debtor fails to timely do one of the above, the Trustee is specifically authorized to upload an order dismissing the case and **the Court may summarily dismiss the case without further notice or hearing**. LRBP 2084-15 (b)

CASE NO.: 16-bk-08178-BMW

Dated: February 21, 2018  /s/ Dianne C. Kerns  011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing electronically filed with U.S. Bankruptcy Court this February 21, 2018
All parties will receive notice from the court including the following:

MICHAEL ALAN GIBBS
8320 N WIND SWEPT LN
TUCSON, AZ  85743

MATTHEW FOLEY
LAW OFFICES OF MATTHEW FOLEY PLC
4400 E BROADWAY BLVD
STE 811
TUCSON, AZ  85711

Prepared by Dawn Hoffman

---

**1**   See Local Rules of Bankruptcy Procedure for the District of Arizona ("LRBP") Rule 2084-15. The Court provided notice of the local rules at commencement of this case in a document entitled "Notice of Certain Provisions of Local Bankrupcty Rules 2084-1 through 2084-26", which document was attached to the "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, deadlines." The local rules may also be viewed at www.azb.uscourts.gov  under the "court info" dropdown menu.

**2**   Payments should be mailed to Dianne C. Kerns, Trustee, P.O. Box 366, Memphis TN 38101-0366. Cashiers checks or money orders only. Debtors do not need to send a confirmation copy of payments to the Trustee's office. Debtors may confirm that the Trustee has received payments by logging onto www.ndc.org. In general, the information on this website is 24-hours old.

**3**   Not earlier than 30 + 7 days after the mailing of this motion, the Trustee will determine whether to upload an order dismissing by (1) reviewing the court docket for conversions, extensions, objections, and/or amended/modified plan; and (2) reviewing the status of plan payments received by the Trustee's bank. If the Court dismisses the case on this motion, the Debtor may seek reinstatement by following the procedures in LRBP 2084-17. The Trustee will only approve the reinstatement if the plan payments are current. If the Trustee does not approve the order of reinstatement the Debtor must set the reinstatement for hearing.

CASE NO.: 16-bk-08178-BMW

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---:|
| Aug 31, 2016 | TFS OLBP | TFS - MONTHLY PLAN PAYMENT | 680.00 |
| Oct 18, 2016 | TFS OLBP | TFS - MONTHLY PLAN PAYMENT | 680.00 |
| Nov 04, 2016 | TFS Monthly Plan Payment | TFS - MONTHLY PLAN PAYMENT | 680.00 |
| Feb 03, 2017 | - | TFS - MONTHLY PLAN PAYMENT | 700.00 |
| Mar 06, 2017 | - | TFS - MONTHLY PLAN PAYMENT | 800.00 |
| Jul 21, 2017 | - | TFS - DELINQUENCY CATCHUP PAYMENT | 350.00 |
| Jul 28, 2017 | - | TFS - MONTHLY PLAN PAYMENT | 350.00 |
| Aug 25, 2017 | - | TFS - MONTHLY PLAN PAYMENT | 350.00 |
| Sep 22, 2017 | - | TFS - MONTHLY PLAN PAYMENT | 350.00 |
| Nov 03, 2017 | - | TFS - MONTHLY PLAN PAYMENT | 350.00 |
| Dec 18, 2017 | - | TFS - MONTHLY PLAN PAYMENT | 350.00 |
| Dec 22, 2017 | - | TFS - MONTHLY PLAN PAYMENT | 350.00 |

**TOTAL RECEIPTS 5,990.00**