```
                          United States Bankruptcy Court
                               District of Arizona
In re:                                                    Case No. 16-08178-BMW
MICHAEL ALAN GIBBS                                        Chapter 13
          Debtor       CERTIFICATE OF NOTICE

District/off: 0970-4       User: rootk             Page 1 of 2          Date Rcvd: Apr 09, 2018
                           Form ID: nch13pln       Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
db            +MICHAEL ALAN GIBBS,    8320 N WIND SWEPT LANE,   TUCSON, AZ 85743-5270
aty           +CONN'S,   C/O CAVID N. INGRASSIA, P.C.,    3961 E CHANDLER BOULEVARD, SUITE 111-119,
                PHOENIX, AZ 85048-0303
cr            +Huges Federal Credit Union,    c/o DeConcini McDonald Yetwin & Lacy, PC,
                2525 E. Broadway Blvd.,    Ste. 200,   Tucson, AZ 85716,    UNITED STATES 85716-5350
14158756      +American Express,   Box 0001,    Los Angeles CA 90096-0001
14158759      +Barclays Bank Delaware,    Po Box 8801,   Wilmington DE 19899-8801
14333969     +++CACH, LLC,    PO BOX 10587,   GREENVILLE SC 29603-0587
14558663      +CONN APPLIANCES, INC.,    C/O BECKET AND LEE LLP,    PO BOX 3002,   DEPT CONNS,
                MALVERN PA 19355-0702
14158761      +Capital One,    Po Box 30285,   Salt Lake City UT 84130-0285
14176604       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14158762      +Commenity- The Buckle,    PO BOX 659704,   San Antonio TX 78265-9704
14158764      +Evine,    6740 Shady Oak Road,   Eden Prairie MN 55344-3433
14431209      +Hughes Federal Credit Union,    c/o Jody A. Corrales,    DeConcini McDonald Yetwin & Lacy, PC,
                2525 E. Broadway, Ste. 200,    Tucson, AZ 85716-5300
14158768      +Karp & Weiss, P.C.,    3060 N Swan Road,   Tucson AZ 85712-1225
14158771      +Paypal Credit,    PO BOX 105658,   Atlanta GA 30348-5658
14158773      +Renttrack,    13911 Ridgedale Dr,   Minnetonka MN 55305-1761
14158778      +Tucson Endurance Performance Center,    6448 N. Oracle,    Tucson AZ 85704-5620
14158779      +Universityof Arizona Medical Center,    1501 N. Campbell Ave.,    Tucson AZ 85724-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcynotices@azdor.gov Apr 10 2018 01:09:40     AZ DEPARTMENT OF REVENUE,
                BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2018 01:21:30     CACH LLC,
                PO Box 5980,    Denver, CO 80217-5980
cr            +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2018 01:10:33     Midland Credit Management, Inc.,
                Po Box 2011,    Warren, MI 48090-2011
14334004      +E-mail/Text: g20956@att.com Apr 10 2018 01:11:58     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
14158757      +E-mail/Text: bankruptcynotices@azdor.gov Apr 10 2018 01:09:40     Arizona Department of Revenue,
                PO Box 29070,    Phoenix AZ 85038-9070
14158758      +E-mail/Text: bk@avant.com Apr 10 2018 01:12:00     Avant,   222 N. LaSalle St., Suite 1700,
                Chicago IL 60601-1101
14242058      +E-mail/Text: bankruptcy@cavps.com Apr 10 2018 01:11:25     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14334344      +E-mail/Text: bncmail@w-legal.com Apr 10 2018 01:11:10     Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14184757      +E-mail/Text: bncconnsnotices@becket-lee.com Apr 10 2018 01:12:29
                Conn Appliances, Inc. as Attorney-in-Fact and Serv,    P.O. Box 2358,   Beaumont, TX 77704-2358
14158763      +E-mail/Text: bncconnsnotices@becket-lee.com Apr 10 2018 01:12:30     Conns,   Po Box 2358,
                Beaumont TX 77704-2358
14158765      +E-mail/Text: bk@hughesfcu.org Apr 10 2018 01:11:35     Hughes Federal Cr Un,    951 E Hermans Rd,
                Tucson AZ 85756-9000
14161991       E-mail/Text: bk@hughesfcu.org Apr 10 2018 01:11:35     Hughes Federal Credit Union,
                PO BOX 11900,    Tucson, AZ 85734-1900
14158766       E-mail/Text: cio.bncmail@irs.gov Apr 10 2018 01:10:06     Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 7346,   Philadelphia PA 19101-7346
14158767      +E-mail/Text: Bankruptcy@jmlaw.com Apr 10 2018 01:12:44     Johnson Mark, LLC,
                1601 N. 7th Street, Suite 250,    c/o Barclays Bank,    Phoenix AZ 85006-2360
14281057      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2018 01:10:33     MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
14158769      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2018 01:10:33     Midland Funding,
                2365 Northside Dr,    Suite 300,   San Diego CA 92108-2709
14158770      +E-mail/PDF: pa_dc_claims@navient.com Apr 10 2018 01:14:51     Navient,   Attn: Claims Dept,
                Po Box 9500,    Wilkes-Barr PA 18773-9500
14188969       E-mail/PDF: pa_dc_litigation@navient.com Apr 10 2018 01:15:16
                Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,   Wilkes Barre, PA 18773-9430
14158772       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 01:14:51
                Portfolio Recovery,    Po Box 41067,   Norfolk VA 23541
14332852       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 01:14:52
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14158774      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2018 01:21:29
                Square One Financial/Cach Llc,    4340 S Monaco St,   2nd Floor,   Denver CO 80237-3485
14158775      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 01:14:48     Synchrony Bank,    Po Box 965064,
                Orlando FL 32896-5064
14158776      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 01:14:47     Synchrony Bank/Sams,
                Po Box 965064,    Orlando FL 32896-5064
14158777      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 01:15:00     TJX Rewards,    PO Box 530948,
                Atlanta GA 30353-0948
                                                                                               TOTAL: 24
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Grasky Endurance Coaching LLC
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*            +CONN APPLIANCES, INC.,    C/O BECKET AND LEE LLP,    PO BOX 3002,    DEPT CONNS,
                 MALVERN, PA 19355-0702
14158760      ##+Best Buy Credit Services,    Po Box 688910,    Des Moines IA 50368-8910
                                                                              TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2018 at the address(es) listed below:
```
              DANIEL J. QUIGLEY    on behalf of Creditor    Grasky Endurance Coaching LLC dquigley@rllaz.com,
               AWrzeszcz@rllaz.com
              DANIEL J. QUIGLEY    on behalf of Plaintiff    Grasky Endurance Coaching LLC dquigley@rllaz.com,
               AWrzeszcz@rllaz.com
              DAVID N INGRASSIA    on behalf of Attorney    CONN'S david.ingrassia@cox.net
              DIANNE 1 KERNS    on behalf of Trustee DIANNE C. KERNS mail@dcktrustee.com,    ecf@dcktrustee.com,
               dckerns@dcktrustee.com
              DIANNE C. KERNS     mail@dcktrustee.com,    ecf@dcktrustee.com,dckerns@dcktrustee.com
              JODY A. CORRALES    on behalf of Creditor    Huges Federal Credit Union jcorrales@dmyl.com,
               cpalma@dmyl.com
              MATTHEW THOMAS FOLEY     on behalf of Debtor MICHAEL ALAN GIBBS Matt@FoleyPLC.com,
               halee@foleyplc.com,jennifer@foleyplc.com,alysha@foleyplc.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 8
```

FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:16−bk−08178−BMW

**MICHAEL ALAN GIBBS**  Chapter: 13
**8320 N WIND SWEPT LANE**
**TUCSON, AZ 85743**
**SSAN:** xxx−xx−0090
**EIN:**

Debtor(s)

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

### OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704 |
| Address of Trustee | DIANNE C. KERNS<br>7320 N. LA CHOLLA #154 PMB 413<br>TUCSON, AZ 85741−2305 |
| Address of Debtor(s) | MICHAEL ALAN GIBBS<br>8320 N WIND SWEPT LANE<br>TUCSON, AZ 85743 |
| Address of Debtor(s) Attorney | MATTHEW THOMAS FOLEY<br>Law Offices of Matthew Foley, PLC<br>4400 E. Broadway, Suite 811<br>Tucson, AZ 85711 |

− − − **NOTICE CONTINUES ON NEXT PAGE** − − −

2. The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3. If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4. If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5. **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: April 9, 2018**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**