Daniel J. Quigley
DANIEL J. QUIGLEY, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
State Bar No. 011052
Telephone: (520) 867-4430
quigley@djqplc.com

*Attorneys for Grasky Endurance Coaching, LLC*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:**<br><br>**Michael Alan Gibbs,**<br><br>     Debtor. | Case No. 4:16-bk-08178-BMW<br><br>**NOTICE OF CHANGE OF FIRM NAME, ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBERS** |

Daniel J. Quigley gives notice that his firm name, address, email address, and telephone numbers have changed and now are as follows:

Daniel J. Quigley
Daniel J. Quigley, PLC
5425 E. Broadway Boulevard, Suite 352
Tucson, Arizona 85711
Telephone: (520) 867-4430
Email: quigley@djqplc.com

Daniel J. Quigley and Daniel J. Quigley, PLC hereafter will represent Grasky Endurance Coaching, LLC in this matter.

October 12, 2018.

                                          */s/ Daniel J. Quigley*
                                          Daniel J. Quigley
                                          Attorneys for Grasky Endurance Coaching, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2018, I electronically transmitted the attached document to the Clerk's office using the ECF System and copies were served on the parties by Notice of Electronic Filing generated and transmitted by the ECF system.

*/s/ Daniel J. Quigley*

NOTICE OF CHANGE OF FIRM NAME, ADDRESS, AND EMAIL ADDRESS
Case No. 4:16-bk-08178-BMW